# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
### Southern DIVISION

MY NEST, LLC, et. al.,

    Plaintiff,

v.

THE UTILITIES BOARD FOR THE CITY OF BAYOU LA BATRE, et. al.,

    Defendant.

Case No. 1:25-cv-00356

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL L.R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, My Nest, LLC, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, either (i) identify any parent corporation and any publicly held corporation owning 10% or more of its stock or (ii) state there is no such corporation:
There is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must

list the names and citizenships of all members or partners of that entity. *See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).]
This is not an action in which jurisidiction is based on diversity.

3. To the extent not otherwise disclosed above, if the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:
The majority in interest member of My Nest, LLC is Paige Howard. The other members of My Nest, LLC are Terry Douglas, Derek Greenbaum, Joseph Stein, and Thomas Colburn.

✔  I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and that I will amend this Disclosure Statement promptly upon learning of any relevant changes or corrections.

08/26/2025
_____
Date

_____
Counsel Signature

**My Nest, LLC** and Robert Blake
_____
Counsel for (print party names)
Yates Anderson LLC
4851 Wharf Pkwy., Suite D-230
Orange Beach, AL 36561
_____
Address, City, State, Zip Code

2