IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MY NEST, LLC, ROBERT BLAKE, WENDELL MARENO, and SIBLEY HIGGINS, on behalf of themselves and all others, similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>THE UTILITIES BOARD FOR THE CITY OF BAYOU LA BATRE, DAN MCCRORY, in his individual capacity as director of the Utilities Board for the City of Bayou La Batre, SYLVIA RILEY, VIRGINIA BRYANT, JEFFREY LADNIER, ROGER MILNE, KIMBERLYN BARBOUR, each in their Individual capacities and in their official capacities as Board Members of the City of Bayou La Batre, VIRGINA BRYANT, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALAN C. BRYANT, POLYSURVEYING, INC., and THE WATER SUPPLY BOARD OF THE CITY OF BAYOU LA BATRE,<br><br>     Defendants. | Case No. 1-25-cv-00356-JB-N |

## MOTION FOR ENTRY OF DEFAULT

COMES NOW the Plaintiffs, MY NEST, LLC, ROBERT BLAKE, WENDELL MARENO and SIBLEY HIGGINS ("Plaintiffs"), pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure*, and respectfully requests entry of default against Defendant

1

VIRGINA BRYANT, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALAN C. BRYANT in the above-styled action, for failure to plead, answer, or otherwise defend in response to Plaintiffs' First Amended Class Action Complaint.

1. Plaintiffs commenced this civil action on August 26, 2025, by filing a Class Action Complaint in the United States District Court for the Southern District of Alabama naming the Utility Board of the City of Bayou La Batre, Dan McCrory, in his individual capacity and in his office capacity as the director of the Utilities Board as Defendants.

2. On October 31, 2025, Plaintiffs filed its First Amended Class Action Complaint naming Sylvia Raley, Virginia Bryant, Jeffrey Ladnier, Roger Milne, and Kimberlyn Barbour, each in their individual capacities and in their official capacities as Board Members of the Utilities Board, Virginia Bryant, as Personal Representative of the Estate of Alan C. Bryant, Polysurveying, Inc., and the Water Supply Board of the City of Bayou La Batre as additional Defendants.

3. On November 19, 2025, Defendant Virginia Bryant, as Personal Representative of the Estate of Alan C. Bryant was personally served by a process server. (Doc. 23). As such, a responsive pleading was due no later than December 10, 2025 pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i). All the other defendants requested and received extensions of time to plead, and they have since filed Rule 12(b)(6) motions that are currently being briefed.

4. Defendant Virginia Bryant, as Personal Representative of the Estate of Alan C. Bryant has filed no responsive pleading to Plaintiffs' First Amended Class

Action Complaint, in violation of Rule 12(a)(1)(A)(i) of the *Federal Rules of Civil Procedure,* which provides that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint."

**WHEREFORE**, Plaintiffs request that the clerk and/or Court enter default against Defendant Virginia Bryant, as Personal Representative of the Estate of Alan C. Bryant for failure to plead, answer, or otherwise defend in response to Plaintiffs' First Amended Class Action Complaint. Plaintiffs pray for such other, further and different relief to which it may be entitled.

Respectfully Submitted,

*/s/ Kristopher O. Anderson*
KRISTOPHER O. ANDERSON
AL Bar No.: ASB-4318-O68A

*/s/ John Parker Yates*
JOHN PARKER YATES
AL Bar No.: ASB-1155-O68Y

*/s/ Robert S. Walker*
Robert S. Walker
AL Bar No.: ASB-7312-L17F

*/s/ Michael A. Rogers*
MICHAEL A. ROGERS
AL Bar No.: ASB-8291-G67A

YATES ANDERSON
4851 Wharf Parkway, Ste D-230
Orange Beach, AL 36561
kris@yatesanderson.com
parker@yatesanderson.com
robert@yatesanderson.com
mike@yatesanderson.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of January 2026 the foregoing has been electronically mailed to the following:

Thomas O. Gaillard, III, Esq.
William M. Watts, III, Esq.
HELMSING, LEACH, HERLONG
NEWMAND & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
*Attorney for Defendants*
TOG@helmsinglaw.com

                                        */s/ Kristopher O. Anderson*