IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MY NEST, LLC, ROBERT BLAKE, WENDELL MARENO, and SIBLEY HIGGINS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE UTILITIES BOARD FOR THE CITY OF BAYOU LA BATRE, DAN MCCRORY, in his individual capacity and in his official capacity as director of the Utilities Board for the City of Bayou la Batre, SYLVIA RALEY, VIRGINIA BRYANT, JEFFREY LADNIER, ROGER MILNE, and KIMBERLYN BARBOUR, each in Their individual capacities as Board of Members of the Utilities Board for the City of Bayou la Batre, VIRGINIA BRYANT, AS PERSONAL REPRESENATIVE OF THE ESTATE OF ALAN C. BRYANT, POLYSURVERYING, INC., and THE WATER SUPPLY BOARD OF THE CITY OF BAYOU LA BATRE, <br><br> Defendants. | Case No.: 1:25-cv-00356-JB-N <br><br> FILED – USDC ALSD <br> JAN 9 '26 PM4:09 |

**DEFENDANT VIRGINIA BRYANT AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALAN C. BRYANT'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED CLASS ACTION COMPLAINT**

COMES NOW Defendant Virginia Bryant, as Personal Representative of the Estate of Alan C. Bryant, ("Defendant"), by and through undersigned counsel and pursuant to the *Federal*

*Rules of Civil Procedure*, and responds to Plaintiffs' First Amended Class Action Complaint as follows:

## The Parties

1. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

2. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

3. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

4. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

5. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

6. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

7. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

8. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

9. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

10. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

11. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

12. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

13. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

14. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

15. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

16. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

## FACTS

### Impact Fee Standards

17. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

18. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

19. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

20. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

21. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

22. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

## The Utilities Board's Early Impact Fees (Prior to 2016)

23. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

24. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

25. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

26. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

27. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

28. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

29. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

30. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

31. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### The Beale Report and the 2016 Resolution (Approximately 2016-2024)

32. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

33. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

34. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

35. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

36. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

37. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

38. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

39. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

40. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

41. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

42. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

43. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### The Krebs Report (2024-Current)

44. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

45. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

46. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

47. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

48. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

49. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

50. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

51. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

52. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

53. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

54. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

## Grant Funds and Financial Management

55. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

56. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

57. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

58. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

59. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

60. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

61. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

62. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

63. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

64. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

65. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

66. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

67. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

68. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

69. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

70. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

71. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

72. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

73. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

74. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### Impact Fees Assessed Against the Plaintiffs

75. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

76. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

77. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

78. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

79. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

80. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

81. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

82. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

83. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

84. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

85. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

86. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

87. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

88. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

89. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

90. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

91. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

## CLASS ACTION ALLEGATIONS

92. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

93. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

94. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

95. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

96. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

97. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

98. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### COUNT I – DECLARATORY JUDGMENT – UNCONSTITUTIONALITY OF IMPACT FEES AND TAP FEES

99. Defendant adopts and incorporates her responses to the foregoing paragraphs as if full set forth herein.

100. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

101. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

102. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

103. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

104. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

105. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

106. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### COUNT II – DECLARATORY JUDGMENT – LACK OF QUALIFIED IMMUNITY (AGAINST ALL INDIVIDUAL DEFENDANTS)

107. Defendant adopts and incorporates her responses to the foregoing paragraphs as if fully set forth herein.

108. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

109. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

110. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

111. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

112. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

113. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

## COUNT III – UNCONSTITUTIONAL CONDITION

114. Defendant adopts and incorporates her responses to the foregoing paragraphs as if fully set forth herein.

115. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

116. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

117. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

118. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

119. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

120. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### COUNT IV – EQUAL PROTECTION

121. Defendant adopts and incorporates her responses to the foregoing paragraphs as if fully set forth herein.

122. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

123. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

124. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

125. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

126. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

127. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### COUNT V - § 223 VIOLATION
(As *per se* actionable conduct, or sounding in negligence, recklessness, willfulness, or intentional interference*)*

128. Defendant adopts and incorporates her responses to the foregoing paragraphs as if fully set forth herein.

129. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

130. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

131. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### COUNT VI – EQUITABLE CLAIM FOR RECOVERY OF INTEREST IN LAND AND SETTLEMENT OF RESULTING/CONSTRUCTIVE TRUST

132. Defendant adopts and incorporates her responses to the foregoing paragraphs as if fully set forth herein.

133. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

134. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

135. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

136. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

### COUNT VII - FRAUD

137. Defendant adopts and incorporates her responses to the foregoing paragraphs as if fully set forth herein.

138. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

139. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

140. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

141. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

## COUNT VIII – UNJUST ENRICHMENT

142. Defendant adopts and incorporates her responses to the foregoing paragraphs as if fully set forth herein.

143. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

144. Defendant does not have sufficient information in order to admit or deny the allegations of this paragraph and therefore denies same and demands strict proof thereof.

145. Defendant denies the allegations in Paragraph 8 of the Plaintiffs' Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

1. As and for a first affirmative defense, this Defendant alleges the Complaint herein fails to sufficiently constitute a cause of action or fails to state facts upon which a claim can be based.

2. As and for a separate affirmative defense, this Defendant alleges Plaintiffs lack standing.

3. As and for a separate affirmative defense, this Defendant alleges the putative members lack standing.

4. As and for a separate affirmative defense, this Defendant alleges Plaintiffs' claims are moot.

5. As and for a separate affirmative defense, this Defendant alleges there is no live controversy.

6. As and for a separate affirmative defense, this Defendant alleges the Plaintiffs' claims are not ripe.

7. As and for a separate affirmative defense, this Defendant alleges there is a lack of a common question capable of class wide resolution.

8. As and for a separate affirmative defense, this Defendant alleges Plaintiffs' claims are barred by the statute of limitations.

9. As and for a separate affirmative defense, this Defendant alleges Plaintiffs have failed to plead fraud with the requisite particularity.

10. As and for a separate affirmative defense, this Defendant alleges no false representation of material fact was made.

11. As and for a separate affirmative defense, this Defendant alleges Defendant lacked the requisite knowledge of falsity or intent to deceive. Any statements were made in good faith based on information reasonably available at the time.

12. As and for a separate affirmative defense, this Defendant alleges Plaintiffs did not reasonably or justifiably rely on any alleged statement. Plaintiffs' reliance, if any, was unreasonable in light of the parties' relationship, the availability of information, and Plaintiff's own diligence or sophistication.

13. As and for a separate affirmative defense, this Defendant alleges any alleged damages were not proximately caused by Defendant's conduct.

14. As and for a separate affirmative defense, this Defendant alleges Plaintiff has suffered no cognizable damages attributable to Defendant, or any alleged damages are remote, speculative, or otherwise unrecoverable.

15. As and for a separate affirmative defense, this Defendant alleges Plaintiffs' claim is barred or limited by the doctrine of unclean hands.

16. As and for a separate affirmative defense, this Defendant alleges Plaintiffs assumption of risk

17. As and for a separate affirmative defense, this Defendant alleges Plaintiffs were contributory negligent.

18. As and for a separate affirmative defense, this Defendant asserts the defense of estoppel.

19. As and for a separate affirmative defense, this Defendant asserts the defense of voluntary payment doctrine.

20. As and for a separate affirmative defense, this Defendant alleges Plaintiffs have failed to allege inequitable retention.

21. As and for a separate affirmative defense, this Defendant states that because the Complaint herein is couched in conclusory terms, answering Defendant cannot fully anticipate all affirmative defenses that may be applicable to the within action. Accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

Respectfully submitted,

/s/ Marcus E. McDowell

Marcus E. McDowell (ASB MCD053)
*Attorney for Defendant Virginia Bryant,*
*as Personal Representative of the Estate*
*of Alan C. Bryant*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of January 2026 I electronically filed the foregoing on CM/ECF, which will electronically send notice to all parties and counsel of record.

/s/ Marcus E. McDowell
*Attorney for Defendant Virginia Bryant, as Personal Representative of the Estate of Alan C. Bryant*