UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MY NEST, LLC, *et al.*,                          *
                                                 *
                                                 *
                    Plaintiff(s),                *
vs.                                              *    Case No: 1:25-cv-00356-JB-N
                                                 *
THE UTILITIES BOARD FOR THE CITY                 *
OF BAYOU LA BATRE, *et al.*,                     *
                    Defendant(s).                *
                                                 *

## CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure* and the Application to Clerk for Entry of Default (Doc. 44), filed by all Plaintiffs, **DEFAULT** is hereby entered by the Clerk against defendant Virginia Bryant, as Personal Representative of the Estate of Alan C. Bryant, for failure to appear or otherwise defend.

Done this the **3rd** day of **April, 2026**.

CHRISTOPHER EKMAN, CLERK

By: _Joel Rogers_
    Deputy Clerk